IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
**Zolia F. Castro,**　　　　　　　　　　　　　Case No: **16-15641-RAM**
　　　　　　　　　　　　　　　　　　　　　　　Chapter **7**

　　　　　　　Debtor　　　　　/

*Emergency*
**MOTION TO WAIVE**
**DEBTOR'S APPEARANCE AT 341 MEETING**

　　　**COME NOW,** Counsel for the Debtor, Zolia F. Castro filed this emergency Motion to Waive the Debtor's Appearance at 341 Meeting of Creditors. The  there and in support thereof would state as follows:

1. Debtor filed a voluntary bankruptcy petition under Chapter 7 of the United States Bankruptcy Code in this Court on April 19, 2016.

2. The 341 Meeting of Creditors is scheduled for May 25, 2016 before Soneet R. Kapila, Trustee. We request that a hearing for debtor be heard before the May 25, 2016, scheduled meeting of creditors.

3. The Debtor Zolia F. Castro is 94 years old. It has become physically and mentally tolling on the debtor and her family to transport her from place to place. Therefore she is unable to attend and be present at the 341 Meeting of Creditors.

4. However, the debtor's daughter Norma Ycasa is willing to appear on her behalf at the 341 Meeting of Creditors.

5. Debtor's daughter has sufficient knowledge about debtor's financial situation to appear on her behalf.

6. Pursuant to Federal Rule 1016 death or incompetency of the debtor shall not abate the liquidation of a chapter 7 case.

　　**WHEREFORE,** Counsel respectfully request that this Court grant this Emergency Motion to Waive Debtor Appearance at 341 Meeting.

## CERTIFICATE OF ADMISISON

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent on via ecf to Soneet R. Kapila, Trustee, P.O. Box 14213, Fort Lauderdale, FL 33302 and regular mail to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161