## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:

**Zoila F. Castro,**                          Case No. 16-15641-RAM
                                                    Chapter 13

Debtor(s).
_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Notice of Hearing for the Emergency Motion to Waive Appearance (**DE# 9)** was sent via regular mail on this 24th day of May, 2016 to all parties on the attached service list.

Dated: May 24, 2016

I **hereby certify that I am admitted to the Bar if the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1 (a).**

                                           Submitted By:
                                           ROBERT SANCHEZ, P.A.
                                           Attorney for Debtor(s)
                                           355 West 49th Street
                                           Hialeah, FL 33012
                                           Tel.: 305-687-8008
                                           Fax: 305-821-1056

                               By: __/s/ Robert Sanchez__
                                           ROBERT SANCHEZ, Esq.
                                           Florida Bar No. 0442161

American Express
P.O. BOX 297812
Fort Lauderdale, FL 33329-7812

Applied Bank
POB 70165
Philadelphia, PA 19176

Bank of America
POB 25118
Tampa, FL 33622

Capital One
POB 71083
Charlotte, NC 28272-1083

Capital One
POB 71083
Charlotte, NC 28272-1083

Capital One
POB 71083
Charlotte, NC 28272-1083

Capital One
POB 71083
Charlotte, NC 28272-1083

Central Financial Control
P.O. BOX 830913
Birmingham, AL 35283-0913

Certified Benefits Statement

Chase
P.O. BOX 15153
Wilmington, DE 19886-5153

Convergent Outsourcing
POB 9004
Renton, WA 98057

Credit One Bank
P.O. BOX 60500
City of Industry, CA 91716-0500

Eltman Law, PC
101 Hudson Street
Suite 202
Jersey City, NJ 07302

JC Penney
POB 965007
Orlando, FL 32896

Juniper

POB 13337
Philadelphia, PA 19101-3337

Macy's
P.O. BOX 8218
Mason, OH 45040-8218

The Home Depot
P.O. BOX 9001010
Louisville, KY 40290-1010

Walmart
POB 965046
Orlando, FL 32896-5046