

**ORDERED in the Southern District of Florida on June 9, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:
Zoila Castro                                    Case No. 16-15641-RAM
                                                Chapter 7
_____/

### ORDER GRANTING MOTION TO WAIVE DEBTOR'S APPEARANCE AT 341 MEETING

**THIS CAUSE** having come upon June 2, 2016 on the Debtor's Motion to Waive Debtor's Appearance at 341 Meeting and the Court having reviewed the Motion and the Court file, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED:**

1. Debtor's Motion to Waive Appearance at 341 Meeting of Creditors is GRANTED subject to the conditions set forth herein.

2. The Debtor's daughter, Norma Ycasa, may appear to testify on the debtor's behalf at the 341 Meeting of Creditors.

3. In the event the Trustee is not satisfied with the testimony or desires to examine the Debtor directly, the Trustee may continue the 341 Meeting of Creditors to a future date to question and the Debtor is directed to appear at that continued date in person.

###

Debtor's counsel is directed to deliver true copies of the foregoing Order to all interested parties.